**Electronically Filed
Supreme Court
SCPR-18-0000969
18-JAN-2019
12:02 PM**

SCPR-18-0000969

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN RE JACQUELINE KIDO, Petitioner.

---

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE

(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the petition to resign and surrender her license to practice law in the State of Hawai'i filed by attorney Jacqueline Kido on December 26, 2018, pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), and the affidavits submitted in support thereof, we conclude Petitioner Kido complied with the requirements of RSCH Rule 1.10 prior to December 31, 2018.  Therefore,

IT IS HEREBY ORDERED that the petition is granted *nunc pro tunc* to December 31, 2018.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that the Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner Jacqueline Kido, attorney number 8855, from the roll of attorneys of the State of Hawai'i.

DATED:  Honolulu, Hawai'i, January 18, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

